UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

    -v-                                                                No. 11-cr-0697

HILARIO GUZMAN,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter from Hilario Guzman requesting sealing of her 2011 criminal conviction in the above-captioned case.  Ms. Guzman's letter has been redacted to protect sensitive case information and personal contact information and the unredacted version will be filed under seal.

Ms. Guzman is not challenging her conviction.  Rather, her letter explains that she completed her sentence many years ago and that, given her positive and successful efforts to build a new life since the end of her case, she would like to have her conviction sealed.  Unfortunately, the Court does not have authority to grant Ms. Guzman's request for sealing.  Where, as here, a request for sealing is brought years after a valid conviction and completion of the sentence imposed, the court does not have the power to assert jurisdiction over, or grant, requests for expungement of such.  See Doe v. United States, 833 F.3d 192, 196 n.1 (2d Cir. 2016) (refusing a motion to "expunge" a criminal conviction on grounds of collateral consequences and post-offense rehabilitation, but explaining that the action of the District Court to be overturned was "in effect" a sealing of Doe's criminal conviction).  The only federal statute providing for such judicial relief is 18 U.S.C. section 3607, but that statute limits the types of

records that may be expunged to certain dispositions of offenses under section 404 of the Controlled Substances Act (21 U.S.C. § 844).  The statute does not apply to Ms. Guzman's offense.  The Court therefore does not have power under current law to exercise jurisdiction over this request or to grant it.  Accordingly, Ms. Guzman's request is denied.

        The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Guzman, at the below address.

    SO ORDERED.

Dated: New York, New York
       February 28, 2022

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

Copy to be mailed to:

Yosmeirin M. Hilario Guzman
9 Crescent Dr., Apt. 35
Thiells, NY, 10984